FILED
JAN 1 7 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>vs.  )<br>  )<br>LAMAR GENTRY,  )<br>  )<br>   Defendant.  ) | Criminal No. 18-30007-DRH<br><br>Title 18, United States Code,<br>Section 1001 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**FALSE STATEMENT TO THE SOUTHERN ILLINOIS PUBLIC CORRUPTION TASK FORCE**

1. On September 19, 2017, police officers in St. Louis, Missouri were investigating reports of gun shots being fired from a car, a white Chevrolet Impala. That evening, officers saw a car matching that description and attempted to stop the vehicle. Two occupants jumped out of the vehicle and fled on foot. The license plates on the vehicle were municipal plates assigned to Alorton Village Administrator Lamar Gentry.

2. The Federal Bureau of Investigation and federal agents with the Southern Illinois Public Corruption Task Force assisted in the investigation to determine whether federal offenses had been committed to include the interstate transportation of a stolen vehicle and possible drug activity.

3. On or about October 13, 2017, in St. Clair County, within the Southern District of Illinois,

1

**LAMAR GENTRY,**

defendant, did willfully and knowingly make, and cause to be made, materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States, attempting to obstruct the due administration of justice in the investigation, by telling an agent with the Southern Illinois Task Force during an interview that the white Impala had previously been sold and partially paid for by the purchaser when in fact **LAMAR GENTRY** knew that the vehicle had not been partially paid for, there was no completed bill of sale and therefore the vehicle had not been sold.

All in violation of Title 18, United States Code, Section 1001(2).

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $10,000 unsecured.