IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NUMBER: 18-30007-DRH |
| | ) |
| LAMAR GENTRY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS AND ELEMENTS OF THE OFFENSE

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts and Elements of the Offense with the defendant, Lamar Gentry (hereinafter "Defendant") with the advice and consent of Clyde Kuehn, counsel for the Defendant, as follows:

1. On September 19, 2017, police officers in St. Louis, Missouri were investigating reports of gun shots being fired from a car, a white Chevrolet Impala. That evening, officers saw a car matching that description and attempted to stop the vehicle. Two occupants jumped out of the vehicle and fled on foot. The license plates on the vehicle were municipal plates assigned to Alorton Village Administrator Lamar Gentry. The Federal Bureau of Investigation and federal agents with the Southern Illinois Public Corruption Task Force assisted in the investigation to determine whether federal offenses had been committed to include the interstate transportation of a stolen vehicle and possible drug activity.

2. On or about October 13, 2017, in St. Clair County, within the Southern District of Illinois, **LAMAR GENTRY,** did willfully and knowingly make, and cause to be made, materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States, attempting to obstruct the due

1

administration of justice in the investigation, by telling an agent with the Southern Illinois Task Force during an interview that the white Impala had previously been sold and partially paid for by the purchaser when in fact **LAMAR GENTRY** knew that the vehicle had not been partially paid for, there was no completed bill of sale and therefore the vehicle had not been sold.

3. No matters are in dispute.

| Counts | Charge | Essential Elements |
|---|---|---|
| 1 | False Statement in Matter within Jurisdiction of United States, in violation of 18 U.S.C. § 1001(2) | 1. First, the defendant made a false; fictitious or fraudulent statement or representation;<br>2. Second, the statement or representation was material;<br>3. Third, the statement or representation was made knowingly and willfully; and,<br>4. Fourth, the statement or representation was made in a matter within the jurisdiction of the executive [legislative] [judicial] branch of the government of the United States.<br><br>A statement is material if it had the effect of influencing the action of the agency, or was capable of or had the potential to do so. It is not necessary that the statement actually have that influence or be relied on by the agency, so long as it had the potential or capability to do so. |

SO STIPULATED:

_____
LAMAR GENTRY
Defendant

_____
CLYDE KUEHN
Attorney for Defendant

Date: 9·19·18

STEVEN D. WEINHOEFT
United States Attorney

_____
NORMAN R. SMITH
Assistant United States Attorney

2